ACCEPTED
12-15-00042-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/27/2015 10:44:47 AM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/27/2015 10:44:47 AM
CATHY S. LUSK
Clerk

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

March 26, 2015

**LEGAL CORRESPONDENCE**
Elroy Edwards, TDCJ#01984084
Holliday Unit
295 IH-45 North
Huntsville, Texas 77320

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 6954

Re:     Appeal Court Cause No. 12-14-00042-CR; Elroy Edwards vs. The State of Texas
        Trial Court Cause No. 2013-0280; The State of Texas vs. Elroy Edwards

Dear Mr. Edwards:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler ruled to grant your Motion to Dismiss. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.



I appreciate the opportunity to have represented you. I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves

JDR/jsn

enc

cc: Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

**LEGAL CORRESPONDENCE**
Elroy Edwards, TDCJ#01984084
Holliday Unit
295 IH-45 North
Huntsville, Texas 77320

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7014 0150 0001 1143 6954

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HUNTSVILLE TX 77320

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

Postmark Here

04 MAR 26 15

USPS

Sent To
Elroy Edwards, TDCJ# 01984084
Street, Apt No.; or PO Box No.  Holliday Unit, 295 IH-45 North
City, State, ZIP+4  Huntsville, TX 77320

See Reverse for Instructions

PS Form 3800, August 2006